CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

JUL 24 2009

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| IN RE: | Civil Action No. 7:09-cv-00284 |
| KENNETH EDWARD BARBOUR | Civil Action No. 7:09-cv-00285 |
| | Civil Action No. 7:09-cv-00286 |
| | Civil Action No. 7:09-cv-00287 |
| | Civil Action No. 7:09-cv-00293 |
| | Civil Action No. 7:09-cv-00296 |
| | By: Hon. James C. Turk |
| | Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's complaints in the above-referenced civil actions are **DISMISSED without prejudice** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 24th day of July, 2009.

/s/ James C. Turk
Senior United States District Judge